# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE: **Randy Wayne Essex**  
       **Dawn Waynenette Essex**  
       Debtor(s)

Case No. **11-60751**

Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

### Plan Summary

**A.** The Debtor's Plan Payment will be _____**Variable Payments**_____, paid by ☑ Pay Order or ☐ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$51,885.00**_____.

**B.** The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **60%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.** The value of the Debtor's non-exempt assets is _____**$0.00**_____.

**D.** If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

### Plan Provisions

### I. Vesting of Estate Property

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IN RE: **Randy Wayne Essex** | Case No. **11-60751** |
| **Dawn Waynenette Essex** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| **Creditor/Collateral** | **Pre-Confirmation Payment Amount** | **Other Treatment Remarks** |
|---|---|---|
| | | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| **Creditor Name** | **Description of Contract** | **Election** | **In Default** |
|---|---|---|---|
| R&R Gym | Club Fees Contract ends March 2012 | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| **Creditor Name** | **Description of Contract** | **Election** | **In Default** |
|---|---|---|---|
| **(None)** | | | |

## IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| **Creditor / Collateral** | **Estimated Claim** | **Value of Collateral** | **Monthly Payment or Method of Disbursement** | **Interest Rate** | **Anticipated Total to Pay** | **Other Treatment/Remarks** |
|---|---|---|---|---|---|---|
| Capital One Auto Finance 2007 Chevy Truck | $14,405.15 | $12,487.50 | $325.00 | 5.25% | $13,833.96 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Randy Wayne Essex**                                    Case No.  **11-60751**
        **Dawn Waynenette Essex**
                    Debtor(s)                                    Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 2*

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **September 27, 2011**."

**/s/ Randy Wayne Essex**                         **/s/ Dawn Waynenette Essex**
Debtor                                            Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
|  |  |  |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| ALLY<br>2004 Chevy Tahoe |  | $628.07 | $555.72 |
| Attorney General Child Support |  | $12.00 | $499.00 |
| Bac Home Loans Servici<br>225 CR 1630 |  | $97,203.00 | $725.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|

| IN RE: | **Randy Wayne Essex** | Case No. | **11-60751** |
|---|---|---|---|
| | **Dawn Waynenette Essex** | | |
| | Debtor(s) | Chapter 13 Proceeding | |

☐ *AMENDED*   ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

### 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| James C. Herring | $1,100.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Internal Revenue Service | $4,584.75 | Along With | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Bac Home Loans Servici 225 CR 1630 | $10,220.00 | $10,220.00 | Pro-Rata | 0% | $10,220.00 | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Capital One Auto Finance 2007 Chevy Truck | $14,405.15 | $12,487.50 | $325.00 | 5.25% | $13,833.96 | |
| HSBC Yamaha 4 Wheeler | $1,827.00 | $3,500.00 | $45.00 | 5.25% | $2,035.43 | |

IN RE: **Randy Wayne Essex**            Case No. **11-60751**
       **Dawn Waynenette Essex**
       Debtor(s)                              Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately **60%** of their allowed claims.

**Totals:**

| | |
|---|---|
| Administrative Claims | **$1,100.00** |
| Priority Claims | **$4,584.75** |
| Arrearage Claims | **$10,220.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$14,314.50** |
| Unsecured Claims | **$24,832.65** |

## VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Step Fixed Payments Are Designated in This Plan**

Under 11 U.S.C. Sec. 1325(a)(5)(B)(iii), each secured creditor is allowed to receive a fixed payment for the duration of the plan. This plan makes provision for step fixed payments. Unless an objection is filed by the secured creditor(s) regarding the variable payments, the variable payments will be deemed acceptable to that secured creditor for the duration of the plan.

Respectfully submitted this date: **9/27/2011** .

                                                                      **/s/ Evan Simpson/Chance McGhee**
                                                                      Evan Simpson/Chance McGhee
                                                                      3925-A South Jack Kultgen Freeway
                                                                      Waco, TX 76706
                                                                      Phone: (254) 399-9977 / Fax: (254) 399-9909
                                                                      (Attorney for Debtor)

| | |
|---|---|
| **/s/ Randy Wayne Essex** | **/s/ Dawn Waynenette Essex** |
| Randy Wayne Essex | Dawn Waynenette Essex |
| 225 CR 1630 | 225 CR 1630 |
| Clifton, TX 76634 | Clifton, TX 76634 |
| (Debtor) | (Joint Debtor) |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Randy Wayne Essex** CASE NO **11-60751**
**Dawn Waynenette Essex**
*Debtor(s)* CHAPTER **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $320.00 | 21 | $905.00 | 41 | $905.00 |
| 2 | $659.00 | 22 | $905.00 | 42 | $905.00 |
| 3 | $659.00 | 23 | $905.00 | 43 | $905.00 |
| 4 | $659.00 | 24 | $905.00 | 44 | $905.00 |
| 5 | $659.00 | 25 | $905.00 | 45 | $905.00 |
| 6 | $659.00 | 26 | $905.00 | 46 | $905.00 |
| 7 | $805.00 | 27 | $905.00 | 47 | $905.00 |
| 8 | $805.00 | 28 | $905.00 | 48 | $905.00 |
| 9 | $805.00 | 29 | $905.00 | 49 | $905.00 |
| 10 | $805.00 | 30 | $905.00 | 50 | $905.00 |
| 11 | $805.00 | 31 | $905.00 | 51 | $905.00 |
| 12 | $805.00 | 32 | $905.00 | 52 | $905.00 |
| 13 | $905.00 | 33 | $905.00 | 53 | $905.00 |
| 14 | $905.00 | 34 | $905.00 | 54 | $905.00 |
| 15 | $905.00 | 35 | $905.00 | 55 | $905.00 |
| 16 | $905.00 | 36 | $905.00 | 56 | $905.00 |
| 17 | $905.00 | 37 | $905.00 | 57 | $905.00 |
| 18 | $905.00 | 38 | $905.00 | 58 | $905.00 |
| 19 | $905.00 | 39 | $905.00 | 59 | $905.00 |
| 20 | $905.00 | 40 | $905.00 | 60 | $905.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Randy Wayne Essex**  CASE NO. **11-60751**
*Debtor*

**Dawn Waynenette Essex**  CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 27, 2011, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Evan Simpson/Chance McGhee**
Evan Simpson/Chance McGhee
Bar ID:24060612/00791226
Davis Law Firm
3925-A South Jack Kultgen Freeway
Waco, TX 76706
(254) 399-9977

| | | |
|---|---|---|
| ALLY<br>xxxious<br>PO Box 78369<br>Phoenix, AZ 85062-8369 | Bac Home Loans Servici<br>xxxxx6959<br>450 American St<br>Simi Valley, CA 93065 | Discover Fin<br>xxxxxxxxxxxx8074<br>PO Box 6103<br>Carol Stream, IL 60197 |
| Angela Snyder<br>P.O. Box 471<br>Sterling, OK 73657 | Capital One Auto Finance<br>xxxxxxxxxxxx1001<br>3905 N Dallas Pkwy<br>Plano, TX 75093 | Financial Control Svc<br>xxxxxxxxxxxx6215<br>6801 Sanger Ave Ste 195<br>Waco, TX 76710 |
| Attorney General Child Support<br>xxxxxx9186<br>Attn: Bankruptcy<br>PO Box 12017 Credit Group<br>Austin, TX 78711 | Capital One, N.a.<br>xxxxxxxxxxxx2719<br>Capital One Bank (USA) N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130 | Financial Control Svc<br>xxxxxxxxxxxx2688<br>6801 Sanger Ave Ste 195<br>Waco, TX 76710 |
| Bac Home Loans Servici<br>xxxxx6959<br>450 American St<br>Simi Valley, CA 93065 | Chase<br>xxxxxxxxxxxx9436<br>Po Box 15298<br>Wilmington, DE 19850 | Financial Control Svc<br>xxxxxxxxxxxx9250<br>6801 Sanger Ave Ste 195<br>Waco, TX 76710 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Randy Wayne Essex**  CASE NO. **11-60751**
*Debtor*

**Dawn Waynenette Essex**  CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

HSBC
xxxxxxxxxx0234
HSBC Retail Services/Attn: Bankruptcy D
PO Box 5263
Carol Stream, IL 60197

Randy Wayne Essex
225 CR 1630
Clifton, TX 76634

Hsbc Bank
xxxxxxxxxxx1362
Po Box 5253
Carol Stream, IL 60197

Ray Hendren, Trustee
3410 Far West Blvd #200
Austin, TX 78731

Internal Revenue Service
xxxious
Special Procedures Branch
300 E. 8th, Stop 5022AUS
Austin, TX 78701

Seventh Avenue
xxxxxxxxx857O
1112 7th Ave
Monroe, WI 53566

Jefferson Capital Syst
xxxxxxxxx0003
16 Mcleland Rd
Saint Cloud, MN 56303

Seventh Avenue
xxxxxxxxx257O
1112 7th Ave
Monroe, WI 53566

Lvnv Funding Llc
xxxxxxxxxxxx2453
Po Box 740281
Houston, TX 77274

Through The Country Do
xxxxxxxxx853O
1112 7th Ave
Monroe, WI 53566

Lvnv Funding Llc
xxxxxxxxxxx3905
Po Box 740281
Houston, TX 77274

Metabnk/fhut
xxxx9879
6250 Ridgewood Plaza
Saint Cloud, MN 56303